**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITIONS OF JOHN VENTRE | : | No. 81 WAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: WILLIAM BRETZ | : | the Order of the Commonwealth |
| | : | Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.